## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **JAMES PLITSAS** | : | |
| | : | **Civil Action No. 07-5439 (JLL)** |
| **Plaintiff(s),** | : | |
| | : | **ORDER** |
| **v.** | : | |
| | : | |
| **FEDERAL EXPRESS, INC.** | : | |
| | : | |
| **Defendant(s).** | : | |
| | : | |

      **IT IS** on this 26th day of April, 2010

      **ORDERED** that there shall be a telephone status/settlement on **May 13, 2010 at 11:30 a.m.** Counsel for Plaintiff shall initiate the call.


           *s/ Claire C. Cecchi*
           **HON. CLAIRE C. CECCHI**
           **United States Magistrate Judge**